**Order entered March 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00861-CR**
**No. 05-20-00862-CR**

**RAYAN DHANES GANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76113-S & F16-76111-S**

**ORDER**

We **REINSTATE** these appeals.

We abated for a hearing on why appellant's brief had not been filed and for the trial court to complete a certification of appellant's right to appeal in each case. Before the Court is appellant's March 18, 2021 motion for extension of time and his tendered brief. In the interest of expediting these appeals and because the trial court has not held a hearing, we **VACATE** that portion of our February 24, 2021 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

We **ORDER** the trial court to complete and cause to be filed **WITHIN FIFTEEN DAYS** of the date of this order rule 25.2 certifications that accurately reflect appellant's right to appeal the September 14, 2020 judgments in these appeals. *See* TEX. R. APP. P. 25.2(a); *Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013). If the certifications are not filed by April 5, 2021, the Court will take whatever action is necessary to secure the rule 25.2 certifications of appellant's right to appeal each conviction.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.

/s/ LANA MYERS
JUSTICE